After reviewing the option contract between the parties, I am of the opinion that the defendant's argument that tender of the purchase price must have been made in cash is totally without merit.
The contract between the parties reads as follows:
 "The Lessee shall have the option during the term of the lease and subsequent monthly lease to purchase the commercial property, buildings and facilities, located thereon at a price of Twenty Six Thousand Five Hundred Dollars ($26,500.00). The Lessee shall give the Lessor thirty (30) days written notice of his intention to exercise this option. Monthly rental does not apply to purchase price."
There is no requirement in the contract that payment be made in "cash." The contract requires notification of the seller and a purchase price of $26,500.00. No mode of payment is specified. Therefore, Jackson has tendered the purchase price, as specified in the contract, by delivering a cashier's check for $26,500.00.